

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jerry Edmond Broadway, Appellant

No. 06-17-00192-CR          v.

The State of Texas, Appellee

Appeal from the 6th District Court of Red River County, Texas (Tr. Ct. No. CR02492). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment by deleting the order to pay attorney fees from the judgment.  We modify the judgment to reflect that the correct amount of court costs is $744.25 and affirm the judgment, as modified.

We further order that the appellant, Jerry Edmond Broadway, pay all costs of this appeal.

RENDERED FEBRUARY 15, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk